United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSIE HOWARD LANTRY,<br><br>    Plaintiff,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS,<br><br>    Defendant. | Case No. 17-CV-05267-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING WITHOUT LEAVE TO AMEND**<br><br>Re: Dkt. No. 5 |

United States Magistrate Judge Howard R. Lloyd has made a Report and Recommendation that the District Judge dismiss Plaintiff's complaint without leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B) because it is frivolous and because it fails to state a claim upon which relief may be granted. ECF No. 5. The Report and Recommendation was filed and served on September 19, 2017. No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, adopts the Report and Recommendation. The Court hereby DISMISSES Plaintiff's complaint without leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B).

1
Case No. 17-CV-05267-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING WITHOUT LEAVE TO AMEND

**IT IS SO ORDERED.**

Dated: October 4, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge